PEOPLE, PLAINTIFF AND APPELLANT, *v.* COLLADO, DEFENDANT AND APPELLEE.

APPEALS from the District Court of San Juan in Prosecutions for False Representation.

Nos. 1868 and 1869.—Decided March 10, 1922.

Decided on the grounds of the opinion delivered in the case of *People* v. *Collado, ante,* page 178.

*Mr. J. E. Figueras, Fiscal,* for the appellant.
*Messrs. Guerra and Soldevilla* for the appellee.

*Reversed and remanded.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.